**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-1078**

_____

In Re:  JACQUELINE W. GRANATI,

                                                              Debtor.

_____

JACQUELINE W. GRANATI,

                                                              Appellant,

          versus

STONE  STREET  CAPITAL,  INCORPORATED;  STONE
STREET SERVICES, INCORPORATED,

                                                              Appellees.

_____

**No. 03-1079**

_____

In Re:  JACQUELINE W. GRANATI,

                                                              Debtor.

_____

JACQUELINE W. GRANATI,

                                                              Appellant,

          versus

STONE STREET CAPITAL, INCORPORATED; STONE
STREET SERVICES, INCORPORATED,

Appellees.

---

Appeals from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (CA-02-1515-A, BK-00-14419, CA-01-1061-SSM, CA-02-
1516-A, CA-01-1025-SSM)

---

Submitted: April 30, 2003                    Decided: May 27, 2003

---

Before LUTTIG, GREGORY, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jacqueline W. Granati, Appellant Pro Se. Carlton Tufts Obecny,
Bethesda, Maryland; Elyse L. Strickland, SELZER, GURVITCH, RABIN &
OBENCY, CHTD., Bethesda, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jacqueline W. Granati appeals from the district court's order affirming the bankruptcy court's determinations that Appellees were the equitable owners of the payments due under an annuity contract, that this interest was not a dischargeable claim in Granati's bankruptcy action, and that Granati's liability for conversion of pre-petition payments was nondischargeable in bankruptcy. We have reviewed the records in these appeals and find no abuse of discretion and no reversible error. Accordingly, we deny Granati's motion for a contract quantum meruit and affirm for the reasons stated by the district court. See Granati v. Stone Street, Nos. CA-02-1515-A, CA-01-1061-SSM, CA-02-1516-A, CA-01-1025-SSM, BK-00-14419 (E.D. Va. Dec. 24, 2002). We also deny Granati's motion to appear by telephone for oral argument and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                        AFFIRMED